# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### 701 North Main Street, Suite 228
### HATTIESBURG, MISSISSIPPI 39401

KEITH STARRETT
UNITED STATES DISTRICT JUDGE

601-583-4422
601-544-7369 (FAX)

October 3, 2006

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United   States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re:     Calendar Year 2005 Filing

Dear Judge Smith:

Enclosed you will find the original and three copies of the amended financial disclosure report for calendar year 2005.  This is my first annual filing and there were a significant number of changes to make prior to taking the bench in January of '05.  Hopefully, most of this is behind me now.  I have addressed the issues listed in your September 20, 2006, letter. Also, I have cleaned up the report and made a few additional changes to make it easier to read and understand. For the IRA accounts, I have listed total value and not the values of individual securities.

Hopefully, I have responded adequately. If anything further is needed, please contact me at your convenience.

Respectfully,

Keith Starrett

KS/dsl
Enclosure

| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Starrett, Keith | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>09/27/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☒ Amended Report | |
| 7. Chambers or Office Address<br><br>701 North Main Street<br>Suite 228<br>Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Officer and Director | M-J-K, Inc. |
| 2. Adjunct Professor | University of Southern Mississippi (Fall 2005) |
| 3. Administrator for Estate | Estate of Melvin C. Starrett (father) |
| 4. Trustee | Keith Starrett Self-Employed Retirement Plan and Trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | Mississippi State Employees Pension Fund; Pension Upon Retirement Age 65 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Southern Mississippi | $ 1,500.00 |
| 2. 2005 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $ 430.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Spouse was employed part time with the Southwest Missisippi Children's Advocacy Center in McComb, Mississippi |
| 2. 2005 | Work related travel reimbursements from employer |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Mississippi Bar Association | Speaker July 14, 2005, Reimbursement for Lodging at State Bar Meeting, 2 nights lodging and waiver of registration fee; Sandestin, Florida |
| 2. State Prosecutors Association | Speaker at April 24, 2005, Mississippi Prosecutor's Spring Seminar Meeting; Mileage and 1 night's lodging; Biloxi, Mississippi |
| 3. Inns of Court | Speaker at Inns of Court Meeting; one night's lodging; Gulfport, Mississippi |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Federal Land Bank of Texas | Mortgage on Farmland | M |
| 2. Capital One | Credit Card | K |
| 3. Chase Bank | Credit Card | K |
| 4. AmSouth Bank | Credit Line Loan | K |
| 5. Hancock Bank | Contingent liability guarantor with ███ on business debt | M |

| | | |
|---|---|---|
| **Name of Person Reporting** | | **Date of Report** |
| Starrett, Keith | | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS (1999) | F | Rent | N | Q | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | M | W | | | | | |
| 3. Rental Property No. 3; McComb, MS (1999) | E | Rent | M | Q | | | | | |
| 4. Mineral Rights; Little Creek Field; Pike County | | | | | | | | | |
| 5. MS, Denbury Energy & Pruit Production | E | Royalty | K | W | | | | | |
| 6. Oakhurst Associates LP | C | Rent | J | W | | | | | |
| 7. Pike County National Bank | A | Interest | J | T | | | | | |
| 8. Pike County National Bank | A | Dividend | J | T | | | | | |
| 9. First SW Corp. Common Stock | D | Dividend | N | T | | | | | |
| 10. Alltel Corp Common Stock | A | Dividend | | | sold | 5-1 | J | A | |
| 11. AmSouth Bank | A | Interest | J | T | | | | | |
| 12. Federal Land Bank of South Mississippi | A | Interest | J | T | | | | | |
| 13. Royalty Interests Fernwood Field; Pike Co., MS | A | Royalty | J | W | | | | | |
| 14. Easley Tool and Machine | A | Interest | | | redemption | 4-10 | K | A | Note Paid in Full |
| 15. Walthall County Co-Operative | A | Dividend | | | redemption | 5-10 | J | | |
| 16. Timber Walthall Co., MS; Two Tracts | E | Rent | O | W | | | | | |
| 17. Timberland Pike Co., MS 6 tracts | E | Rent | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Timberland Felder's Campground Area, Pike Co. | A | Rent | L | W | | | | | |
| 19. East McComb Landfill, Inc. | | | | | liquidated | 1-1 | L | E | Company dissolved |
| 20. Walker #1 Oil Investment, Marion County, MS | A | Royalty | J | W | | | | | |
| 21. Oppenheimer Quest International Value Fund | A | Dividend | J | T | | | | | |
| 22. Franklin Equity Income Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 24. Trust #1 Keith Starrett Self-employed Retirement Plan & Trus | F | Dividend | Pl | W | | | | | |
| 25. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 26. by Independent Investment Advisors | | Interest | | | | | | | |
| 27. Assets of Trust | | | | | | | | | |
| 28. State Farm Bank | | | | | | | | | |
| 29. SLIAX | | | | | | | | | |
| 30. SLBAX | | | | | | | | | |
| 31. ABALX | | | | | | | | | |
| 32. ALEX | | | | | | | | | |
| 33. ATI | | | | | | | | | |
| 34. BSET | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BWNG | | | | | | | | | |
| 36. CENX | | | | | | | | | |
| 37. CAKE | | | | | | | | | |
| 38. CLF | | | | | | | | | |
| 39. COT | | | | | | | | | |
| 40. CREE | | | | | | | | | |
| 41. EBAY | | | | | | | | | |
| 42. KEYW | | | | | | | | | |
| 43. JEQ | | | | | | | | | |
| 44. KEF | | | | | | | | | |
| 45. MNST | | | | | | | | | |
| 46. NCX | | | | | | | | | |
| 47. PNRA | | | | | | | | | |
| 48. PD | | | | | | | | | |
| 49. PWER | | | | | | | | | |
| 50. QCOM | | | | | | | | | |
| 51. SMTL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SNCI | | | | | | | | | |
| 53. LUV | | | | | | | | | |
| 54. STLD | | | | | | | | | |
| 55. SUNW | | | | | | | | | |
| 56. SYNA | | | | | | | | | |
| 57. VTNC | | | | | | | | | |
| 58. GNI | | | | | | | | | |
| 59. ILA | | | | | | | | | |
| 60. MMT | | | | | | | | | |
| 61. MIRKQ | | | | | | | | | |
| 62. Annunity Purchased General Electric Credit Corp. | | | | | | | | | |
| 63. Timberland, Copiah Co., MS | | | | | | | | | |
| 64. ▉cres timberland, Noxubee Co., MS | | | | | | | | | |
| 65. Promissory Note Bolian | | | | | | | | | |
| 66. 1st SW Corp. Common Stock | | | | | buy | 12-28 | L | | Hiatt Estate |
| 67. Pike County National Bank Common Stock | | | | | | | | | |
| 68. Guardian Life Isnsurance Policies | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000.001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ALERIS INTL | | | | | sell | 3-14 | J | C | |
| 70. CIENA CORP | | | | | sell | 4-29 | J | | |
| 71. CIENA CORP | | | | | sell | 4-29 | J | | |
| 72. VISTACARE | | | | | sell | 4-29 | J | | |
| 73. FREEPORT-MCMORAN COPPER & GOLD | | | | | sell | 5-26 | J | | |
| 74. K2 | | | | | sell | 5-26 | J | | |
| 75. Meristar Hospitality | | | | | sell | 5-27 | J | A | |
| 76. Meristar Hospitality | | | | | sell | 6-2 | J | A | |
| 77. Foster Wheeler, Ltd | | | | | sell | 7-25 | J | A | |
| 78. Louisiana-Pacific Corp. | | | | | sell | 8-5 | J | A | |
| 79. Aleris Intl | | | | | sell | 9-8 | J | C | |
| 80. Louisiana-Pacific Corp. | | | | | sell | 9-14 | J | A | |
| 81. Avanex Corp. | | | | | sell | 10-5 | J | | |
| 82. Devon Energy | | | | | sell | 10-5 | J | C | |
| 83. Devon Energy | | | | | sell | 10-10 | J | C | |
| 84. Freightcar America | | | | | sell | 10-28 | J | B | |
| 85. Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. decisions made by independent advisors. | | | | | | | | | |
| 87. Alexander & Baldwin, Inc. (M) | A | Dividend | K | T | | | | | |
| 88. Allied Cap Corp New (M) | A | Dividend | J | T | | | | | |
| 89. Aquila Inc (M) | A | Dividend | J | T | | | | | |
| 90. Baby Bee Bright Corp | A | Dividend | J | T | | | | | |
| 91. BJ's Restaurants Inc., (M) | A | Dividend | J | T | | | | | |
| 92. Cleveland Cliffs Inc (M) | A | Dividend | L | T | | | | | |
| 93. Ebay | A | Dividend | K | T | | | | | |
| 94. Emerson Electric Co (M) | A | Dividend | J | T | | | | | |
| 95. Hancock John Tax Advn FD(M) | A | Dividend | J | T | | | | | |
| 96. I Flow Corp (M) | A | Dividend | J | T | | | | | |
| 97. Japan Equity Fund Inc.(M) | A | Dividend | J | T | | | | | |
| 98. Martek Biosciences Corp (M) | A | Dividend | J | T | | | | | |
| 99. Medtronic Inc (M) | A | Dividend | J | T | | | | | |
| 100. Natl Semiconductor Corp (M) | A | Dividend | K | T | | | | | |
| 101. Phelps Dodge Corporation (M) | A | Dividend | K | T | | | | | |
| 102. Pioneer Natural Res Co (M) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 104. Remington Oil & Gas Corp(M) | A | Dividend | K | T | | | | | |
| 105. Schnitzer Stl Inds Cl A(M) | A | Dividend | J | T | | | | | |
| 106. Service Master Company(M) | A | Dividend | J | T | | | | | |
| 107. Taiwan Semiconductor Adrf(M) | A | Dividend | J | T | | | | | |
| 108. Universal Stain & Alloy(M) | A | Dividend | J | T | | | | | |
| 109. Alliance Res Partners LP(M) | A | Dividend | J | T | | | | | |
| 110. Enterprise Prd Prtnrs LP(M) | A | Dividend | K | T | | | | | |
| 111. Mesabi Trust Ctf Ben int(M) | A | Dividend | J | T | | | | | |
| 112. Fresh Del Monte Produce | A | Dividend | | | sell | 1-28 | J | B | |
| 113. Georgia-Pacific | A | Dividend | | | sell | 2-2 | J | A | |
| 114. Weyerhaeuser Co | A | Dividend | | | sell | 2-2 | J | | |
| 115. Walgreen Co | A | Dividend | | | sell | 2-2 | J | C | |
| 116. Southern Co | A | Dividend | | | sell | 3-4 | K | E | |
| 117. Caterpillar | A | Dividend | | | sell | 3-4 | K | C | |
| 118. Duponte E I De Nemours | A | Dividend | | | sell | 3-4 | J | B | |
| 119. General Electric | A | Dividend | | | sell | 3-4 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Johnson & Johnson | A | Dividend | | | sell | 3-4 | J | B | |
| 121. Neenah Paper | A | Dividend | | | sell | 3-4 | J | A | |
| 122. Neenah Paper | A | Dividend | | | sell | 3-4 | J | A | |
| 123. Kimberly-Clark | A | Dividend | | | sell | 3-4 | J | A | |
| 124. Entergy Corp | A | Dividend | | | sell | 3-4 | K | E | |
| 125. Swift Transportation | A | Dividend | | | sell | 3-4 | J | C | |
| 126. Swift Transportation | A | Dividend | | | sell | 3-4 | J | C | |
| 127. Rayonier Corp | A | Dividend | | | sell | 4-14 | J | B | |
| 128. Archer-Daniels-Midland | A | Dividend | | | sell | 4-29 | J | B | |
| 129. Archer-DAniels-Midland | A | Dividend | | | sell | 4-29 | J | A | |
| 130. Pioneer Natural Resources | A | Dividend | | | sell | 5-3 | J | D | |
| 131. Freeport-McMoran Copper & Gold | A | Dividend | | | sell | 5-26 | J | | |
| 132. Freeport-McMoran Copper & Gold | A | Dividend | | | sell | 5-26 | J | | |
| 133. Alcoa | A | Dividend | | | sell | 5-26 | J | | |
| 134. Taiwan | A | Dividend | | | sell | 7-12 | J | A | |
| 135. Mills Corp Semiconductor | A | Dividend | | | sell | 7-14 | K | D | |
| 136. US Steel | A | Dividend | | | sell | 12-21 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Martek Biosciences | A | Dividend | | | sell | 12-10 | J | | |
| 138. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 139. investment advisors. Held by Charles Schwab | E | Dividend | N | T | | | | | |
| 140. AMGN | | | | | | | | | |
| 141. BCV | | | | | | | | | |
| 142. BMY | | | | | | | | | |
| 143. BWNG | | | | | | | | | |
| 144. CAKE | | | | | | | | | |
| 145. CLF | | | | | | | | | |
| 146. CREE | | | | | | | | | |
| 147. EBAY | | | | | | | | | |
| 148. EMR | | | | | | | | | |
| 149. FCS | | | | | | | | | |
| 150. HD | | | | | | | | | |
| 151. IFLO | | | | | | | | | |
| 152. IIIN | | | | | | | | | |
| 153. IRF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. JEQ | | | | | | | | | |
| 155. KEF | | | | | | | | | |
| 156. LNOP | | | | | | | | | |
| 157. MRVC | | | | | | | | | |
| 158. MATK | | | | | | | | | |
| 159. MVIS | | | | | | | | | |
| 160. MNST | | | | | | | | | |
| 161. NSM | | | | | | | | | |
| 162. NCX | | | | | | | | | |
| 163. PFCB | | | | | | | | | |
| 164. PFE | | | | | | | | | |
| 165. PD | | | | | | | | | |
| 166. PWER | | | | | | | | | |
| 167. QCOM | | | | | | | | | |
| 168. SCHN | | | | | | | | | |
| 169. SMTL | | | | | | | | | |
| 170. SNCI | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SMRK | | | | | | | | | |
| 172. LUV | | | | | | | | | |
| 173. SUNW | | | | | | | | | |
| 174. SYNA | | | | | | | | | |
| 175. TSM | | | | | | | | | |
| 176. VTNC | | | | | | | | | |
| 177. XLNX | | | | | | | | | |
| 178. XMSR | | | | | | | | | |
| 179. ARLP | | | | | | | | | |
| 180. Fresh Del Monte Produce | | | | | sell | 1-28 | J | A | |
| 181. CREE Research | | | | | sell | 2-2 | J | A | |
| 182. CREE Research | | | | | sell | 2-2 | J | A | |
| 183. Realnetworks | | | | | sell | 2-10 | J | | |
| 184. Tower Automotive | | | | | sell | 2-18 | J | | |
| 185. Raytheon | | | | | sell | 3-2 | J | A | |
| 186. AK Steel Holding | | | | | sell | 3-3 | J | D | |
| 187. Dupont E I de Nemours | | | | | sell | 3-4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. General Electric | | | | | sell | 3-4 | J | C | |
| 189. General Electric | | | | | sell | 3-4 | J | B | |
| 190. General Motors | | | | | sell | 3-4 | J | | |
| 191. Johnson & Johnson | | | | | sell | 3-4 | K | C | |
| 192. Walmart Stores | | | | | sell | 3-4 | J | | |
| 193. Abbott Laboratories | | | | | sell | 3-4 | J | B | |
| 194. Aleris Int'l | | | | | sell | 3-14 | J | D | |
| 195. Asset Acceptance Capital Corp | | | | | sell | 4-27 | J | A | |
| 196. Ciena Corp | | | | | sell | 4-29 | J | | |
| 197. Sun Microsystems | | | | | sell | 4-29 | J | | |
| 198. Duke Energy Co | | | | | sell | 5-4 | J | C | |
| 199. Teco Energy | | | | | sell | 5-4 | J | A | |
| 200. Sonosite | | | | | sell | 5-19 | J | B | |
| 201. Sonosite | | | | | sell | 5-19 | J | B | |
| 202. Gap Stores | | | | | sell | 5-23 | J | A | |
| 203. MBNA Corp | | | | | sell | 5-23 | J | A | |
| 204. MBNA Corp | | | | | sell | 5-23 | J | A | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
   (See Column C2)     Q =Appraisal     V =Other     S =Assessment
       U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Freeport-McMoran Copper & Gold | | | | | sell | 5-26 | J | B | |
| 206. ALCOA | | | | | sell | 5-26 | J | | |
| 207. Caramerica Realty | | | | | sell | 6-2 | J | B | |
| 208. Meristar Hospitality | | | | | sell | 6-2 | J | A | |
| 209. Texas Instruments | | | | | sell | 6-9 | J | A | |
| 210. Turbochef Technologies | | | | | sell | 6-17 | J | B | |
| 211. Aleris Int'l | | | | | sell | 7-6 | J | A | |
| 212. Aleris Int'/l | | | | | sell | 7-6 | J | B | |
| 213. Taiwan Semiconductor | | | | | sell | 7-12 | J | | |
| 214. India Fund | | | | | sell | 8-3 | J | B | |
| 215. Louisiana-Pacific Corp | | | | | sell | 8-5 | J | C | |
| 216. Louisiana-Pacific Corp | | | | | sell | 8-5 | J | A | |
| 217. Jorgensen, Earle | | | | | sell | 8-16 | J | A | |
| 218. Louisiana-Pacific Corp | | | | | sell | 9-14 | J | A | |
| 219. Diana Shipping | | | | | sell | 9-30 | J | | |
| 220. Avanex Corp | | | | | sell | 10-10 | J | | |
| 221. INstell INdustries | | | | | sell | 10-11 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
    U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Freighcar America | | | | | sell | 10-28 | J | C | |
| 223. Regal-Beloit Corp | | | | | sell | 11-22 | J | B | |
| 224. Hospira | | | | | sell | 11-29 | J | A | |
| 225. US Steel | | | | | sell | 12-21 | J | | |
| 226. Phelps Dodge Corp | | | | | sell | 12-21 | J | C | |
| 227. IRA #2 All investment decisions are made by independent | | | | | | | | | |
| 228. investment advisors | C | Dividend | K | T | | | | | |
| 229. BMY | | | | | | | | | |
| 230. CLF | | | | | | | | | |
| 231. EBAY | | | | | | | | | |
| 232. GBX | | | | | | | | | |
| 233. JEQ | | | | | | | | | |
| 234. MEE | | | | | | | | | |
| 235. SONOSITE | | | | | sell | 5-19 | J | B | |
| 236. Best Buy | | | | | sell | 6-14 | J | B | |
| 237. India Fund | | | | | sell | 8-3 | J | A | |
| 238. Louisiana-Pacific Corp | | | | | sell | 8-5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Regal-Beloit Corp | | | | | sell | 11-22 | J | B | |
| 240. IRA #3 All investment decisions made by independent | | | | | | | | | |
| 241. investment adivsors. | C | Dividend | K | T | | | | | |
| 242. ALD | | | | | | | | | |
| 243. COT | | | | | | | | | |
| 244. LYO | | | | | | | | | |
| 245. SCHN | | | | | | | | | |
| 246. SVM | | | | | | | | | |
| 247. SUNW | | | | | | | | | |
| 248. Mills Corp | | | | | sell | 7-14 | J | B | |
| 249. Louisiana-Pacific Corp | | | | | sell | 8-5 | J | A | |
| 250. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 251. timberland in Percy Quin Area; Pike Co., MS | A | Rent | N | W | | | | | |
| 252. Mineral Rights, Amite Co., MS; Field operated by Denbury Pro | A | Royalty | J | W | | | | | |
| 253. Unleased mineral int. Franklin Co. MS ▓▓▓▓ | | | J | W | | | | | |
| 254. Unleased mineral acres ▓▓▓▓ Walthall Co. MS | | | J | W | | | | | |
| 255. Unleased mineral acres ▓▓▓▓ Amite Co., MS | | | J | W | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment
     U =Book Value   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Unleased mineral acres ▓▓ Lincoln Co., MS | | | J | W | | | | | |
| 257. Unleased miniral acres ▓▓ Copiah Co., MS | | | J | W | | | | | |
| 258. Unleased mineral acres ▓▓ Pike Co. MS | A | | J | W | | | | | |
| 259. Unleased mineral acres ▓▓ | | | J | W | | | | | |
| 260. ▓▓ Pike Co. MS | | | J | W | | | | | |
| 261. Unleased mineral acres ▓▓ Pike | | | L | W | | | | | |
| 262. Timberland Lincoln Co., MS | | | L | W | | | | | |
| 263. 401 K Plan Deferred Comp State of MS | C | Dividend | M | T | | | | | |
| 264. T. Rowe Price International Stock Fund | | | | | | | | | |
| 265. boston C. Premier Value Eq Dailey | | | | | | | | | |
| 266. Fayez Sarofin Fund | | | | | | | | | |
| 267. ING VP Growth & Income Port-R | | | | | | | | | |
| 268. GE VAlue Equity Fund | | | | | | | | | |
| 269. Barclay Int Govt; Credit Bnd Index Fund | | | | | | | | | |
| 270. Fidelity Small Cap Stock Fund | | | | | | | | | |
| 271. Time Share Condo; New Orleans, LA | | | J | W | | | | | |
| 272. Note and Mortgage Receivable (Magee | E | Interest | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Note and Mortgage Receivable (Allred) | E | Interest | M | W | | | | | |
| 274. Note and Mortgage Receivable (Ming) | C | Interest | K | W | | | | | |
| 275. Rental Property #5 (Residential; McComb, MS), ▮▮▮▮▮ | D | Rent | | | sell | 1-1 | L | E | Betsy Shelton |
| 276. Note and Mortgage Receivable (MHD, INC.) | C | Interest | L | W | redemption | | | | |
| 277. Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Dividend | L | W | | | | | |
| 278. Note and Mortgage Receivable (Parsons) | | | | | | | | | |
| 279. ILA | | | | | | | | | |
| 280. FSLB | | | | | | | | | |
| 281. MIR | | | | | | | | | |
| 282. MOT | | | | | | | | | |
| 283. PXD | | | | | | | | | |
| 284. REM | | | | | | | | | |
| 285. MIRWA | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 09/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From Nomination Report:

1.3 ███████estate has been closed and proceeds disbursed.

VII. Items 26-76 on Nomination Report were sold in December 2004 with proceeds transferred to Charles Schwab Pension Trust Account. Value (L)  These were all common stocks sold on recognized exchanges for fair market value.

There were stock purchases made by independent advisors between Nomination Report and 1-1-2005.  These are listed as assets but the specific transactions are not detailed. There were purchases in several above listed accounts for fair market value on recognized exchanges. Gathering the details of these would be burdensome.

There were also sales of stocks by independent investment advisors between Nomination Report and 1-1-2005.  Any stock listed in Nomination Report and not listed herein was sold through esstablished markets for fair market value. The details of these sales would be burdensome to list.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 09/27/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date 10-3-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Starrett, Keith | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>08/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>701 N. Main St.<br>Suite 228<br>Hattiesburg, MS 39465 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Director | M-J-K, Inc. |
| 2. Adjunct Professor | University of Southern Mississippi (Fall 2005) |
| 3. Administrator for Estate | Estate of Melvin C. Starrett (father) |
| 4. Trustee | Keith Starrett Self-Employed Retirement Plan and Trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Mississippi State Employees Pension Fund; Pension Upon Retirement Age 65 |
| 2. | |
| 3. | |

RECEIVED Aug 15 10 57 AM FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | University of Southern Mississippi | $ 1,500.00 |
| 2. 2005 | Keith Starrett Self-Employed Retirement Plan & Trust, Insurance Benefit | $ 430.00 |
| 3. 2005 | M-J-K, Inc. Dividend | $ 10,000.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Spouse is employed part time with the Southwest Mississippi Children's Advocacy Center in McComb, Mississippi (salary) |
| 2. 2005 | Work related travel reimbursements from employer |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Mississippi Bar Association | Speaker July 14, 2005 Reimbursement for Lodging at State Bar Meeting, 2 nights lodging and waiver of convention registration fee |
| 2. State Prosecutors Association | Speaker April 24 at Mississippi Prosecutor's Spring Seminar Meeting; Mileage and 1 night's lodging |
| 3. Inns of Court | Speaker at Inns of Court Meeting; one night's lodging |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Federal Land Bank of Texas | Mortgage on Farmland | M |
| 2. Capital One | Credit Card | K |
| 3. Cahse Bank | Credit Card | K |
| 4. AmSouth Bank | Credit Line Loan | K |
| 5. Hancock Bank | contingent liability guarantor with ▮▮▮ in business debt | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS (1999) | F | Rent | N | Q | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | M | W | | | | | |
| 3. Rental Property No. 3; McComb, MS (1999) | E | Rent | M | Q | | | | | |
| 4. Mineral Rights; Little Creek Pike County | | | | | | | | | |
| 5. MS, Denbury Energy & Pruitt Production | E | Royalty | K | W | | | | | |
| 6. Oakhurst Associates LP | C | Rent | J | W | | | | | |
| 7. Pike County National Bank | A | Interest | J | T | | | | | |
| 8. Pike County National Bank | A | Dividend | J | T | | | | | |
| 9. First SW Corp. Common Stock | D | Dividend | N | T | | | | | |
| 10. Alltel Corp Common Stock | A | Dividend | J | T | sold | 5-1 | J | A | |
| 11. Amsouth Bank | A | Interest | J | T | | | | | |
| 12. Federal Land Bank of South Mississippi | A | Interest | J | T | | | | | |
| 13. Royalty Interests Fernwood Field, Pike Co., MS | A | Royalty | J | W | | | | | |
| 14. Easley Tool and Machine | | | | | redemption | 4-10 | K | A | Note Paid in Full |
| 15. Walthall County Co-Operative | | | | | redemtion | 5-10 | J | | |
| 16. Timber Walthall Co., MS; Two Tracts | E | Rent | O | W | | | | | |
| 17. Timberland Pike Co., MS 6 tracts | E | Rent | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Timberland Felder's Campground Area, Pike Co. | A | Rent | L | W | | | | | |
| 19. East McComb Landfill, Inc. | | | | | liquidated | 1-1 | L | E | Company dissolved |
| 20. Walker #1 Oil Investment, Marion County, MS | A | Royalty | J | W | | | | | |
| 21. Oppenheimer Quest International Value Fund | A | Dividend | J | T | | | | | |
| 22. Franklin Equity Income Fund | A | Dividend | J | T | | | | | |
| 23. Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 24. State Farm Bank | A | Interest | J | T | | | | | |
| 25. SLIAX | A | Dividend | J | T | | | | | |
| 26. SLBAX | A | Dividend | J | T | | | | | |
| 27. Trust #1 Keith Starrett Self-employed Retirement Plan & Trus | | | | | | | | | |
| 28. All investment decisions involving listed common stocks made | | | | | | | | | |
| 29. by Independent Investment Advisors | | | | | | | | | |
| 30. ABALX | C | Dividend | M | T | | | | | |
| 31. ALEX | A | Dividend | J | T | | | | | |
| 32. ATI | A | Dividend | J | T | | | | | |
| 33. BSET | A | Dividend | J | T | | | | | |
| 34. BWNG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CENX | A | Dividend | J | T | | | | | |
| 36. CAKE | A | Dividend | J | T | | | | | |
| 37. CLF | A | Dividend | K | T | | | | | |
| 38. COT | A | Dividend | J | T | | | | | |
| 39. CREE | A | Dividend | K | T | | | | | |
| 40. EBAY | A | Dividend | J | T | | | | | |
| 41. KEYW | A | Dividend | J | T | | | | | |
| 42. JEQ | A | Dividend | J | T | | | | | |
| 43. KEF | A | Dividend | J | T | | | | | |
| 44. MNST | A | Dividend | J | T | | | | | |
| 45. NCX | A | Dividend | J | T | | | | | |
| 46. PNRA | A | Dividend | J | T | | | | | |
| 47. PD | A | Dividend | J | T | | | | | |
| 48. PWER | A | Dividend | J | T | | | | | |
| 49. QCOM | A | Dividend | K | T | | | | | |
| 50. SMTL | A | Dividend | J | T | | | | | |
| 51. SNCI | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LUV | A | Dividend | J | T | | | | | |
| 53. STLD | A | Dividend | J | T | | | | | |
| 54. SUNW | A | Dividend | J | T | | | | | |
| 55. SYNA | A | Dividend | J | T | | | | | |
| 56. VTNC | A | Dividend | J | T | | | | | |
| 57. GNI | A | Dividend | J | T | | | | | |
| 58. ILA | A | | J | T | | | | | |
| 59. MMT | A | Dividend | J | T | | | | | |
| 60. MIRKQ | A | | J | T | | | | | |
| 61. Annuity Purchased General Electric Credit Corp. | B | Interest | L | T | | | | | |
| 62. Timberland, Copiah Co., MS | B | Rent | O | W | | | | | |
| 63. 86 acres timberland, Noxubee Co., MS | A | Rent | L | W | | | | | |
| 64. Promissory Note Bolian | A | Interest | J | T | | | | | |
| 65. 1st SW Corp. Common Stock | C | Dividend | L | T | buy | 12-28 | L | | Hiatt Estate |
| 66. Pike County National Bank Common Stock | B | Dividend | K | T | | | | | |
| 67. Guardian Life Insur. Policies | A | Dividend | L | T | | | | | |
| 68. ALERIS INTL | A | Dividend | J | | T | 3-14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | .08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CIENA CORP | A | Dividend | J | | T | 4-29 | J | | |
| 70. CIENA CORP | A | Dividend | J | | T | 4-29 | J | | |
| 71. VISTACARE | A | Dividend | J | | T | 4-29 | J | | |
| 72. FREEPORT-MCMORAN COPPER & GOLD | A | Dividend | J | | T | 5-26 | J | | |
| 73. K2 | A | Dividend | J | | T | 5-26 | J | | |
| 74. MERISTAR HOSPITALITY | A | Dividend | J | | T | 5-27 | J | A | |
| 75. MERISTAR HOSPITALITY | A | Dividend | J | | T | 6-2 | J | A | |
| 76. FOSTER WHEELER, LTD | A | Dividend | J | | T | 7-25 | J | A | |
| 77. LOUISIANA-PACIFIC CORP. | A | Dividend | J | | T | 8-5 | J | A | |
| 78. ALERIS INT'L | A | Dividend | J | | T | 9-8 | J | C | |
| 79. LOUISIANA-PACIFIC CORP. | A | Dividend | J | | T | 9-14 | J | A | |
| 80. AVANEX CORP | A | Dividend | J | | T | 10-5 | J | | |
| 81. DEVON ENERGY | A | Dividend | J | | T | 10-5 | J | C | |
| 82. DEVON ENERGY | A | Dividend | J | | T | 10-10 | J | C | |
| 83. FREIGHTCAR AMERICA | A | Dividend | J | | T | 10-28 | J | B | |
| 84. Charles Schwab Brokerage Acct. Personal; All investment | | | | | | | | | |
| 85. decisions made by independent investment advisors. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 -,$100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alexander & Baldwin Inc(M) | A | Dividend | K | T | | | | | |
| 87. Allied Cap Corp New(M) | A | Dividend | J | T | | | | | |
| 88. Aquila Inc(M) | A | Dividend | J | T | | | | | |
| 89. Baby Bee Bright Corp | A | Dividend | J | T | | | | | |
| 90. BJ s Restaurants Inc(M) | A | Dividend | J | T | | | | | |
| 91. Cleveland Cliffs Inc(M) | A | Dividend | L | T | | | | | |
| 92. Ebay | A | Dividend | K | T | | | | | |
| 93. Emerson Electric Co(M) | A | Dividend | J | T | | | | | |
| 94. Hancock John Tax Advn FD(M) | A | Dividend | J | T | | | | | |
| 95. I Flow Corp(M) | A | Dividend | J | T | | | | | |
| 96. Japan Equity Fund Inc(M) | A | Dividend | J | T | | | | | |
| 97. Martek Biosciences Corp(M) | A | Dividend | J | T | | | | | |
| 98. Medtronic Inc (M) | A | Dividend | J | T | | | | | |
| 99. Natl Semiconductor Corp(M) | A | Dividend | K | T | | | | | |
| 100. Phelps Dodge Corporation(M) | A | Dividend | K | T | | | | | |
| 101. Pioneer Natural Res Co(M) | A | Dividend | K | T | | | | | |
| 102. Qualcomm Inc(M) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Remington Oil & Gas Corp(M) | A | Dividend | K | T | | | | | |
| 104. Schnitzer Stl Inds Cl A(M) | A | Dividend | J | T | | | | | |
| 105. Service master Company(M) | A | Dividend | J | T | | | | | |
| 106. Taiwan Semiconductor Adrf(M) | A | Dividend | J | T | | | | | |
| 107. Universal Stain & Alloy(M) | A | Dividend | J | T | | | | | |
| 108. Alliance Res Partners LP(M) | A | Dividend | J | T | | | | | |
| 109. Enterprise Prd Prtnrs LP(M) | A | Dividend | K | T | | | | | |
| 110. Mesabi Trust Ctf Ben int(M) | A | Dividend | J | T | | | | | |
| 111. Fresh Del Monte Produce | A | Dividend | | T | Sell | 1-28 | J | B | |
| 112. Georgia-Pacific | A | Dividend | | T | Sell | 2-2 | J | A | |
| 113. Weyerhaeuser Co | A | Dividend | | T | Sell | 2-2 | J | | |
| 114. Walgreen Co | A | Dividend | | T | Sell | 2-2 | J | C | |
| 115. Southern Co | A | Dividend | | T | Sell | 3-4 | K | E | |
| 116. Caterpillar | A | Dividend | | T | Sell | 3-4 | K | C | |
| 117. Duponte E I De Nemours | A | Dividend | | T | Sell | 3-4 | J | B | |
| 118. General Electric | A | Dividend | | T | Sell | 3-4 | K | B | |
| 119. Johnson & Johnson | A | Dividend | | T | Sell | 3-4 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Neenah Paper | A | Dividend | | T | Sell | 3-4 | J | A | |
| 121. Neenah Paper | A | Dividend | | T | Sell | 3-4 | J | A | |
| 122. Kimberly-Clark | A | Dividend | | T | Sell | 3-4 | J | A | |
| 123. Entergy Corp | A | Dividend | | T | Sell | 3-4 | K | E | |
| 124. Swift Transportation | A | Dividend | | T | Sell | 3-4 | J | C | |
| 125. Swift Transportation | A | Dividend | | T | Sell | 3-4 | J | C | |
| 126. Rayonier Corp | A | Dividend | | T | Sell | 4-14 | J | B | |
| 127. Archer-Daniels-Midland | A | Dividend | | T | Sell | 4-29 | J | B | |
| 128. Archer-Daniels-Midland | A | Dividend | | T | Sell | 4-29 | J | A | |
| 129. Pioneer Natural Resources | A | Dividend | | T | Sell | 5-3 | J | D | |
| 130. Freeport-McMoran Copper & Gold | A | Dividend | | T | Sell | 5-26 | J | | |
| 131. Freeport-McMoran Copper & Gold | A | Dividend | | T | Sell | 5-26 | J | | |
| 132. Alcoa | A | Dividend | | T | Sell | 5-26 | J | | |
| 133. Taiwan | A | Dividend | | T | Sell | 7-12 | J | A | |
| 134. Mills Corp Semiconductor | A | Dividend | | T | Sell | 7-14 | K | D | |
| 135. US Steel | A | Dividend | | T | Sell | 12-21 | K | D | |
| 136. Martek Biosciences | A | Dividend | | T | Sell | 12-10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 138. investment advisors. Held by Charles Schwab | | | | | | | | | |
| 139. AMGN | A | Dividend | J | T | | | | | |
| 140. BCV | A | Dividend | J | T | | | | | |
| 141. BMY | A | Dividend | J | T | | | | | |
| 142. BWNG | A | Dividend | J | T | | | | | |
| 143. CAKE | A | Dividend | J | T | | | | | |
| 144. CLF | A | Dividend | K | T | | | | | |
| 145. CREE | A | Dividend | J | T | | | | | |
| 146. EBAY | A | Dividend | J | T | | | | | |
| 147. EMR | A | Dividend | J | T | | | | | |
| 148. FCS | A | Dividend | J | T | | | | | |
| 149. HD | A | Dividend | J | T | | | | | |
| 150. IFLO | A | Dividend | J | T | | | | | |
| 151. IIIN | A | Dividend | J | T | | | | | |
| 152. IRF | A | Dividend | J | T | | | | | |
| 153. JEQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. KEF | A | Dividend | J | T | | | | | |
| 155. LNOP | A | Dividend | J | T | | | | | |
| 156. MRVC | A | Dividend | J | T | | | | | |
| 157. MATK | A | Dividend | J | T | | | | | |
| 158. MVIS | A | Dividend | J | T | | | | | |
| 159. MNST | A | Dividend | J | T | | | | | |
| 160. NSM | A | Dividend | K | T | | | | | |
| 161. NCX | A | Dividend | J | T | | | | | |
| 162. PFCB | A | Dividend | J | T | | | | | |
| 163. PFE | A | Dividend | J | T | | | | | |
| 164. PD | A | Dividend | K | T | | | | | |
| 165. PWER | A | Dividend | J | T | | | | | |
| 166. QCOM | A | Dividend | K | T | | | | | |
| 167. SCHN | A | Dividend | J | T | | | | | |
| 168. SMTL | A | Dividend | J | T | | | | | |
| 169. SNCI | A | Dividend | J | T | | | | | |
| 170. SMRK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. LUV | A | Dividend | J | T | | | | | |
| 172. SUNW | A | Dividend | J | T | | | | | |
| 173. SYNA | A | Dividend | J | T | | | | | |
| 174. TSM | A | Dividend | J | T | | | | | |
| 175. VTNC | A | Dividend | J | T | | | | | |
| 176. XLNX | A | Dividend | J | T | | | | | |
| 177. XMSR | A | Dividend | J | T | | | | | |
| 178. ARLP | A | Dividend | J | T | | | | | |
| 179. Fresh Del Monte Produce | A | Dividend | J | T | Sell | 1-28 | J | A | |
| 180. CREE Research | A | Dividend | J | T | Sell | 2-2 | J | A | |
| 181. CREE Research | A | Dividend | J | T | Sell | 2-2 | J | A | |
| 182. Realnetworks | A | Dividend | J | T | Sell | 2-10 | J | | |
| 183. Tower Automotive | A | Dividend | J | T | Sell | 2-18 | J | | |
| 184. Raytheon | A | Dividend | J | T | Sell | 3-2 | J | A | |
| 185. AK Steel Holding | A | Dividend | J | T | Sell | 3-3 | J | D | |
| 186. Dupont E I de Nemours | A | Dividend | J | T | Sell | 3-4 | J | A | |
| 187. General Electric | A | Dividend | J | T | Sell | 3-4 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. General Electric | A | Dividend | J | T | Sell | 3-4 | J | B | |
| 189. General Motors | A | Dividend | J | T | Sell | 3-4 | J | | |
| 190. Johnson & Johnson | A | Dividend | K | T | Sell | 3-4 | K | C | |
| 191. Walmart Stores | A | Dividend | J | T | Sell | 3-4 | J | | |
| 192. Abbott Laboratories | A | Dividend | J | T | Sell | 3-4 | J | B | |
| 193. Aleris Int'l | A | Dividend | J | T | Sell | 3-14 | J | D | |
| 194. Asset Acceptance Capital Corp | A | Dividend | J | T | Sell | 4-27 | J | A | |
| 195. Ciena Corp | A | Dividend | J | T | Sell | 4-29 | J | | |
| 196. Sun Microsystems | A | Dividend | J | T | Sell | 4-29 | J | | |
| 197. Duke Energy Co | A | Dividend | J | T | Sell | 5-4 | J | C | |
| 198. Teco Energy | A | Dividend | J | T | Sell | 5-4 | J | A | |
| 199. Sonosite | A | Dividend | J | T | Sell | 5-19 | J | B | |
| 200. Sonosite | A | Dividend | J | T | Sell | 5-19 | J | B | |
| 201. Gap Stores | A | Dividend | J | T | Sell | 5-23 | J | A | |
| 202. MBNA Corp | A | Dividend | J | T | Sell | 5-23 | J | A | |
| 203. MBNA Corp | A | Dividend | J | T | Sell | 5-23 | J | A | |
| 204. Freeport-McMoran Copper & Gold | A | Dividend | J | T | Sell | 5-26 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ALCOA | A | Dividend | J | T | Sell | 5-26 | J | | |
| 206. Caramerica Realty | A | Dividend | J | T | Sell | 6-2 | J | B | |
| 207. Meristar Hospitality | A | Dividend | J | T | Sell | 6-2 | J | A | |
| 208. Texas Instruments | A | Dividend | J | T | Sell | 6-9 | J | A | |
| 209. Turbochef Technologies | A | Dividend | J | T | Sell | 6-17 | J | B | |
| 210. Aleris Int'l | A | Dividend | J | T | Sell | 7-6 | J | A | |
| 211. Aleris Int'l | A | Dividend | J | T | Sell | 7-6 | J | B | |
| 212. Taiwan Semiconductor | A | Dividend | J | T | Sell | 7-12 | J | | |
| 213. India Fund | A | Dividend | J | T | Sell | 8-3 | J | B | |
| 214. Louisiana-Pacific Corp | A | Dividend | J | T | Sell | 8-5 | J | C | |
| 215. Louisiana-Pacific Corp | A | Dividend | J | T | Sell | 8-5 | J | A | |
| 216. Jorgensen, Earle | A | Dividend | J | T | Sell | 8-16 | J | A | |
| 217. Louisiana-Pacific Corp | A | Dividend | J | T | Sell | 9-14 | J | A | |
| 218. Diana Shipping | A | Dividend | J | T | Sell | 9-30 | J | | |
| 219. Avanex Corp | A | Dividend | J | T | Sell | 10-10 | J | | |
| 220. Insteel Industries | A | Dividend | J | T | Sell | 10-11 | J | B | |
| 221. Freightcar America | A | Dividend | J | T | Sell | 10-28 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Regal-Beloit Corp | A | Dividend | J | T | Sell | 11-22 | J | B | |
| 223. Hospira | A | Dividend | J | T | Sell | 11-29 | J | A | |
| 224. US Steel | A | Dividend | J | T | Sell | 12-21 | J | | |
| 225. Phelps Dodge Corp | A | Dividend | J | T | Sell | 12-21 | J | C | |
| 226. IRA #2 All investment decisions are made by independent | | | | | | | | | |
| 227. investment advisors. | | | | | | | | | |
| 228. BMY | A | Dividend | J | T | | | | | |
| 229. CLF | A | Dividend | K | T | | | | | |
| 230. EBAY | A | Dividend | J | T | | | | | |
| 231. GBX | A | Dividend | J | T | | | | | |
| 232. JEQ | A | Dividend | J | T | | | | | |
| 233. MEE | A | Dividend | J | T | | | | | |
| 234. SONOSITE | A | Dividend | J | T | Sell | 5-19 | J | B | |
| 235. BEST BUY | A | Dividend | J | T | Sell | 6-14 | J | B | |
| 236. INDIA FUND | A | Dividend | J | T | Sell | 8-3 | J | A | |
| 237. LOUISIANA-PACIFIC CORP | A | Dividend | J | T | Sell | 8-5 | J | A | |
| 238. REGAL-BELOIT CORP | A | Dividend | J | T | Sell | 11-22 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001.- $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. IRA #3 All investment decisions made by independent | | | | | | | | | |
| 240. investment advisors. | | | | | | | | | |
| 241. ALD | A | Dividend | J | T | | | | | |
| 242. COT | A | Dividend | J | T | | | | | |
| 243. LYO | A | Dividend | J | T | | | | | |
| 244. SCHN | A | Dividend | J | T | | | | | |
| 245. SVM | A | Dividend | J | T | | | | | |
| 246. SUNW | A | Dividend | J | T | | | | | |
| 247. MILLS CORP | A | Dividend | J | T | Sell | 7-14 | J | B | |
| 248. LOUISIANA-PACIFIC CORP | A | Dividend | J | T | Sell | 8-5 | J | A | |
| 249. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 250. Timberland in Percy Quin Area; Pike Co. MS | A | Rent | N | Q | | | | | |
| 251. Mineral Rights, Amite Co., MS; Field operated by Denbury Pro | | Royalty | J | W | | | | | |
| 252. Unleased mineral int. Franklin Co., MS ▉▉▉▉▉ | | | J | W | | | | | |
| 253. Unleased mineral acres ▉▉▉▉ Walthall Co. | | | J | W | | | | | |
| 254. Unleased mineral acres ▉▉▉▉ Amite Co., MS | | | J | W | | | | | |
| 255. Unleased mineral acres ▉▉▉▉ Lincoln Co., MS | | | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other
   U =Book Value    S =Assessment
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Unleased mineral acres ███ Copiah Co., MS | | | J | W | | | | | |
| 257. Unleased mineral acres ███ Pike Co., MS | | | J | W | | | | | |
| 258. Unleased mineral acres ███ | | | | | | | | | |
| 259. ███ Pike Co., MS | | | J | W | | | | | |
| 260. Unleased mineral acres ███ Pike | | | J | | | | | | |
| 261. Timberland Lincoln Co., MS | | | L | W | | | | | |
| 262. 401 K Plan Deferred Comp State of MS | C | Dividend | M | T | | | | | |
| 263. T. Rowe Price International Stock Fund | | | | | | | | | |
| 264. Boston Co Premier Value Eq Dailey | | | | | | | | | |
| 265. Fayez Saforim Fund | | | | | | | | | |
| 266. ING VP Growth & Income Port-R | | | | | | | | | |
| 267. GE Value Equity Fund | | | | | | | | | |
| 268. Barclay Int Govt;Credit Bnd Index Fund | | | | | | | | | |
| 269. Fidelity Small Cap Stock Fund | | | | | | | | | |
| 270. Time Share Condominium New Orleans, LA | | | J | W | | | | | |
| 271. Note and Mortgage Receivable (Magee) | E | Interest | N | W | | | | | |
| 272. Note and Mortgage Receivable (Allred) | E | Interest | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Note and Mortgage Receivable (Ming) | C | Interest | K | W | | | | | |
| 274. Rental Property #5 (Residential McComb, MS) | D | Rent | L | W | Sell | 1-1 | L | E | Betsy Shelton |
| 275. Note and Mortgage Receivable (MHD, INC.) | C | Interest | J | W | redemption | | | | |
| 276. Assets of M-J-K, Inc. wholly owned by Keith Starrett | | | | | | | | | |
| 277. Note and Mortgage Receivable (Parsons) | B | Interest | J | W | | | | | |
| 278. ILA | | | J | W | | | | | |
| 279. FSLB | | | J | W | | | | | |
| 280. MIR | | | J | W | | | | | |
| 281. MOT | | | J | W | | | | | |
| 282. PXD | A | Dividend | J | W | | | | | |
| 283. REM | | | J | W | | | | | |
| 284. MIRWA | | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

FROM NOMINATION REPORT:

I. 3 ████████ state has been closed and proceeds disbursed.

VII. Items 26-76 on Nomination Report were sold in December 2004 with proceeds transferred to Charles Schwab Pension Trust Account. Value (L) These were all common stocks sold on recognized exchanges for fair market value.

There were stock purchases made by independent advisors betrween Nomination Report and 1-1-2005. These are listed as assets but the specific transactions are not detailed. They were purchases in several above listed accounts for fair market value on recognized exchanges. Gathering the details of these would be burdensome.

There were also sales of stocks by independent investment advisors between Nomination Report and 1-1-2005. Any stock listed in Nomination Report and not listed herein was sold through established markets for fair market value. The details of these sales would be burdensome to list.

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/07/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ 8-11.2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544